No. 112—2382. Megill v. Megill. This was a bill by appellant, the wife, against appellee, the husband, for a divorce upon the grounds of extreme and repeated cruelty and adultery. Upon issues formed by answer and replication a hearing was had, at which the principal witnesses appeared and gave their testimony orally before the chancellor, who dismissed the bill for the reason that the said charges were neither of them sustained by a preponderance of the evidence. After full consideration of the evidence preserved in the record, this court is unable to say that the conclusion arrived at below was erroneous. Affirmed. Opinion PER CURIAM. Judge below, THOMAS A. MORAN (who took no part in the decision of this case). Attorneys, for appellant, Messrs.

Knickerbocker & Holdom; for appellee, Mr. A. B. Baldwin.
Opinion filed July 28, 1886.